IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

EDDIE LATROY HESTER, JR.,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-0019

Opinion filed April 14, 2015.

Amended Petition Alleging Ineffective Assistance of Appellate Counsel -- Original
Jurisdiction.

Eddie Latroy Hester, Jr., pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

    The amended petition alleging ineffective assistance of appellate counsel is denied

on the merits.

ROBERTS, SWANSON, and BILBREY, JJ., CONCUR.